IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GRAYSON L. TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRY E. BARNARD<br>Chairman, State Board of Pardons and Paroles, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:16-CV-1665-TWT |

**ORDER**

This is a pro se prisoner civil rights action.  It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action for failure to state a claim. As set forth in the Report and Recommendation, the Plaintiff fails to name any defendants subject to suit.  The proposed amendment is futile.   The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 24 day of August, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Taylor\16cv1665\r&r.wpd